UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20630-Cr-Lenard

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>v.<br><br>MICHAEL R. CASEY,<br>          Defendant,<br><br>and<br><br>LEXINGTON NATIONAL<br>INSURANCE CORPORATION,<br>          Corporate Surety.<br>_____/ | **4:18mj1042**<br><br>United States Courts<br>Southern District of Texas<br>FILED<br>*July 02, 2018*<br><br>David J. Bradley, Clerk of Court |

### ORDER OF REVOCATION AND DECLARATION OF BOND FORFEITURE

THIS MATTER is before the Court on the United States' motion for revocation and declaration of bond forfeiture. The Court having considered the Motion and being duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED. It is

**ORDERED AND ADJUDGED** that the appearance bond of defendant Michael R. Casey in the sum of $50,000 corporate surety bond is hereby revoked and declared forfeited.

**DONE AND ORDERED** in chambers in 4th, Florida, this 4th day of September, 2014.

*[signature: Joan A. Lenard]*
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

Clerk of the Court, Financial Section
400 N. Miami Ave.
Miami, Florida 33128

Lexington National Insurance Corporation
Sabreen A. Abdullah, agent
1399 N.W. 17 Ave. #306A
Miami, Florida 33125
(Corporate Surety)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20630-Cr-Lenard

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MICHAEL R. CASEY,
    Defendant.

and

LEXINGTON NATIONAL
INSURANCE CORPORATION,
    Corporate Surety.
_____/

**UNITED STATES' MOTION FOR REVOCATION AND
DECLARATION OF BOND FORFEITURE**

Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, pursuant to Fed. R. Crim. P. 46(f), moves for an Order to revoke and declare the forfeiture of the appearance bond consisting of a $50,000 corporate surety bond.

1. On September 12, 2012, corporate surety Lexington National Insurance Company executed a corporate surety bond in the sum of $50,000 to guarantee the defendant's appearance as ordered by the Court. D.E. 39. The defendant Michael R. Casey also signed the bond, promising to obey all conditions and acknowledging that he was aware of the penalties for bond violations.

2. The defendant Michael R. Casey has not honored the terms of the appearance bond in that he failed to appear as ordered by the court. The defendant remains a fugitive.

1

## MEMORANDUM OF LAW

3. The provisions of Fed. R. Crim. P. 46(f)(1), provides that: "The district court must declare the bail forfeited if a condition of the bond has been breached." It has been held that the forfeiture required by these provisions is mandatory, even though it may later be set aside under the further provisions of paragraph (f). *See American Druggists, Inc. v. Bogart,* 707 F.2d 1229, 1235 n.5 (11th Cir. 1983).

4. The undersigned previously spoke to John Wiley, the defendant's Court-appointed counsel. Mr. Wiley stated that he took no position on this motion.

WHEREFORE, the United States of America respectfully requests that this Court enter an order revoking and declaring the forfeiture of the bond consisting of the $50,000 corporate surety bond. A proposed order is attached.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:     *s/ Ana Maria Martinez*
ANA MARIA MARTINEZ
ASSISTANT U.S. ATTORNEY
Florida Bar No.0735167
99 N.E. 4th Street
Miami, FL 33132
Phone: (305) 961-9431
Fax: (305) 536-5321
Email: Ana.Maria.Martinez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 14, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified. I also certify that on the same date, a copy of the foregoing document was served *via* U.S. mail to: Clerk of the Court Financial Section, 400 N. Miami Ave., Miami, Florida 33128, and to the Lexington National Insurance Corporation (Corporate Surety) through its agent: Sabreen A. Abdullah, 1399 N.W. 17 Ave. #306A, Miami, Florida 33125.

   *s/Ana Maria Martinez*
Ana Maria Martinez
Assistant United States Attorney

**SERVICE LIST**
United States v. Michael R. Casey
Case No.12-20630-Cr-Lenard
United States District Court
Southern District of Florida

| Party | Counsel |
|---|---|
| Plaintiff:<br>United States | Ana Maria Martinez<br>Assistant United States Attorney<br>Email: Ana.Maria.Martinez@usdoj.gov<br>99 N.E. 4th Street<br>Miami, Florida 33132<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>James C. Howard, III | Michael Caruso<br>Federal Public Defender's Office<br>Email: Michael_Caruso@fd.org<br>150 W. Flagler Street, 17th floor<br>Miami, FL 33130<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Louis N. Gallo, III | Ken Swartz<br>Email: ken@swartzlawyer.com<br>100 N. Biscayne Blvd.<br>Miami, FL 33132<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Michael R. Casey | John W. Wylie<br>Email: jww@johnwylielaw.com<br>100 S.E. 2nd St., Suite 2700<br>Miami, FL 33131<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Rita E. Balbirer | Jeffrey E. Feiler<br>Email: ana@jeffreyfeiler.com<br>7685 S.W. 104th Street, Suite 200<br>Miami, FL 33156<br>**via Notice of Electronic Filing generated by CM/ECF** |

# UNITED STATES DISTRICT COURT

for

Southern District of Florida

United States Courts
Southern District of Texas
FILED
*July 02, 2018*

David J. Bradley, Clerk of Court

**4:18mj1042**

U.S.A. vs. Michael Casey     Docket No. 12-CR-20630-LENARD

### Petition for Action on Conditions of Pretrial Release

COMES NOW __Randel Frimet__, pretrial services/probation officer, presenting an official report upon the conduct of defendant __Michael Casey__, who was placed under pretrial release supervision by the Honorable __Alicia Otazo-Reyes__, sitting in the court at __Miami, Florida__ on the __11th__ date of __September__, __2012__ under the following conditions:

1. Surrender all passports and travel documents to the PTS Office. 2. Defendant shall report to PTS as directed. 3. Submit to substance abuse testing and/or treatment as directed by PTS. 4. Refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance. 5. Maintain or actively seek full-time employment (Notify PTS when employment is obtained) 6. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel including co-defendants. 7. May not visit commercial transportation establishment airports, seaport/marinas, commercial bus terminals, train stations, etc. 8. Home Confinement Program with Electronic Monitoring with a curfew from 10:00 pm to 6:00 am. The cost of the monitor is to be paid by the defendant and by Pretrial Services. 9.May travel to and from North Carolina (to visit mother) and must notify Pretrial Services of travel plans before leaving and upon his return. 10. Notify PTS prior to moving from his home that is subject to short sale. 11. Not to solicit funds from investors. 12. Not to engage in financial transactions with companies having to do with the Indictment or successor companies.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short, insert here. If lengthy, write on separate sheet and attach.)

The defendant failed to return home by 10:00 pm curfew the evening of April 27, 2014. His current whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER

ORDER OF COURT

Considered and ordered this __9__ day of __May__, 20__14__ and ordered filed and made a part of the records in the above case.

_Joan A. Lenard_
U.S. District Judge/Magistrate Judge

no bond

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/02/2014__

_Randel Frimet_ — Randel G. Frimet May 2 2014 9:49 AM
U.S. Pretrial Services/Probation Officer

Place __Ft. Lauderdale, Florida__

AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

MICHAEL CASEY

**WARRANT FOR ARREST**

Case Number: 12-20630-CR-LENARD

**4:18mj1042**

United States Courts
Southern District of Texas
FILED
*July 02, 2018*
David J. Bradley, Clerk of Court

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Michael Casey
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court

X Pretrial Release Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation ☐ Violation Notice

charging him or her with   (brief description of offense)

Failure to appear for Status Hearing

X in violation of Title  18  United States Code, Section(s)  3148(a)

X in violation of the conditions of his or her pretrial release imposed by the court

☐ in violation of the conditions of his or her supervision imposed by the court

JOAN A. LENARD
Name of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

Signature of Issuing Officer  *deputy clerk*

April 29, 2014
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |